UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:07CR63-W

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>MEHMET OKUR ) | **FINAL ORDER AND JUDGMENT**<br>**CONFIRMING FORFEITURE** |

On May 4, 2007, this Court entered a preliminary order of forfeiture pursuant to 21 U.S.C. §853(n) and Fed. R. Crim. P. 32.2(b), based upon the defendant's plea of guilty to Count One in the bill of indictment. In that count, defendant was charged with conspiracy to violate 18 U.S.C. §1028(a)(1) and §1028(a)(2), in violation of 18 U.S.C. §1028(f)..

On August 14, 2007, the United States published in the Mecklenburg Times, a newspaper of general circulation, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the indictment notice and defendant's consent, as set forth in his plea agreement, the Court finds, in accordance with Rule 32.2(c)(2), that the defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the preliminary order of forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore

been forfeited to the United States for disposition according to law: $400 in United States currency seized from the person of Mehmet Okur.

IT IS SO ORDERED.

Signed: October 6, 2007

Frank D. Whitney
United States District Judge